Reversed and Remanded and Memorandum Opinion filed May 17, 2007








Reversed
and Remanded and Memorandum Opinion filed May 17, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01065-CV

____________

 

TALBOTT ADAMS & MOORE, INC. AND


SURETY COMPANY OF AMERICA,
Appellants

 

V.

 

ELIZABETH ANN BOTELLO, Appellee

 



 

On Appeal from the 412th
District Court

Brazoria County, Texas

Trial Court Cause No. 32044

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 30,
2006.

On April
24, 2007, the parties filed a joint motion to reverse the judgment and remand
the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the judgment is reversed and the cause remanded to the trial court.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 17,
2007.

Panel consists of Justices Anderson, Fowler, and
Frost.